# Court of Appeals
# of the State of Georgia

ATLANTA, June 18, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0076.  ELLIS v. MOORMAN.**

Upon consideration of Damarcus Ellis' "Request for Temporary Emergency Hearing," which we have construed as an emergency motion pursuant to Court of Appeals Rule 40 (b), the same is hereby DENIED without prejudice to Ellis's right to pursue a remedy in the Superior Court of DeKalb County or any other superior court of this State with jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 06/18/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                                    , *Clerk.*